[No. 12660–1–I. Division One. April 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER
HOUGARDY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01622–1, Charles V. Johnson, J., entered August 26, 1982. *Remanded with instructions* by unpub-

lished opinion per Ringold, J., concurred in by Durham, C.J., and Andersen, J.